UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIM E. HARWELL, ) | |
| ) | |
| Plaintiff, ) | No. C09-644-JCC |
| v. ) | |
| ) | MINUTE ORDER |
| THE BOEING COMPANY, et al., ) | |
| ) | |
| Defendants, ) | |
| ) | |

The following Minute Order is made by direction of the Court, the Honorable Brian A. Tsuchida, United States Magistrate Judge:

On May 8, 2009, plaintiff filed an application to proceed *in forma pauperis* in this action. Dkt. 1. However, the application is deficient because plaintiff failed to completely answer question 1 and question 3. Specifically, plaintiff failed to state the amount of salary or wages she receives per month and the name and address of her employer in question 1. Plaintiff also failed to answer question 3. Plaintiff shall have **thirty (30) days** from the date of this Order to correct this deficiency.

The Clerk is directed to send a blank copy of the Court's standard *in forma pauperis* forms to plaintiff along with a copy of this Order.

DATED this 12th day of May, 2009.

                                                Bruce Rifkin
                                                Clerk of Court

                                                _/s/ Consuelo Ledesma_____
                                                Deputy Clerk